Matthew C. Wolf (SBN 223051)
Lauren K. VanDenburg (SBN 299957)
Robert Cho (SBN 333396)
TURNER HENNINGSEN WOLF &
VANDENBURG, LLP
800 Wilshire Blvd., Suite 710
Los Angeles, CA 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com; lvandenburg@thwvlaw.com
rcho@thwvlaw.com

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZIV COHEN,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-9020-GW-AFM<br><br>[PROPOSED] ORDER TO REMAND ACTION TO STATE COURT<br><br>Orig. Compl.: 9/27/21<br>Orig. Resp. Pldg.: 11/15/21 |

Having considered the request to remand the action back to state court, and finding that both parties have stipulated to do so, the Court hereby remands the action back to state court.

Dated:    December 6, 2021

George H. Wu

**George H. Wu**
**United States District Judge**